STATE OF ILLINOIS    )
                           ) SS
COUNTY OF COOK    )

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation,       Plaintiff,      vs.      BEL OASIS IMPORTS & EXPORTS, LLC, a Michigan corporation, a/k/a BIO OASIS SARL,       Defendant. | No. 09 CV 3880 |

## AFFIDAVIT OF MANSOUR AMIRAN

I, Mansour Amiran, having been first duly sworn, under oath state as follows:

1.  That affiant is of legal age and if called upon to testify, would state that which is contained herein to be true and accurate.

2.  That affiant is the President and principal shareholder of International Golden Foods, Inc. (hereinafter "IGF").

3.  That Moe Muhammed Boumarafi (hereinafter "Moe") is the brother-in-law of Doctor Quergueb.

4.  That Amel Quergueb, Moe's wife, is Doctor Quergueb's sister.

5.  That the majority of IGF's business with Bio Oasis (hereinafter "Bio") was conducted via Moe, in Michigan via Bel Oasis Imports & Exports, LLC (hereinafter "Bel").

6.  That affiant met with Moe on June 17, 2005 regarding various issues relating to shipments of dates and actions taken by the USDA, which relates to the subject matter of this action.

7.  That Moe sent Affiant an email as to some, but not all of the issues discussed on behalf of Bel/Bio, on June 17, 2005, a copy of which is attached hereto as **Exhibit A.**

8.     That emails were subsequently exchanged between Affiant and Moe on January 16, 2006 and January 17, 2006, copies of which are attached hereto as **Exhibit B.**

9.     That Moe wrote to Affiant on behalf of both Bel /Bio, regarding customer solicitations being made by Bel, on September 29, 2008, a copy of which is attached hereto as **Exhibit C.**

10.     That these communications came at the behest of Bio, from emails sent on March 11, 2008 and March 12, 2008, copies of which are attached hereto as **Exhibit D.**

11.     That a follow-up to these emails on behalf of Bel/Bio came from Moe on March 16, 2008, a copy of which is attached hereto as **Exhibit E.**

12.     That Affiant has principally dealt with Moe on behalf of Bio/Bel.

13.     That attached hereto as **Exhibit F** is the promotional materials of Bel Oasis, a/k/a Bio Oasis.

14.     That IGF's business with Bel/Bio has never been dealt with as two separate entities, but rather Bel's actions have been treated as being one and the same as Bio's.

15.     That the claims made in Moe's Affidavit, paragraphs 3, 4 and 5 are clearly false as evidenced by the attached Exhibits, A through F.

Further Affiant sayeth naught.

_____
MANSOUR AMIRAN

SUBSCRIBED and SWORN to before me
this ___7th___ day of October, 2009

_____
Notary Public

"OFFICIAL SEAL"
Mary S. L. Handel
Notary Public, State of Illinois
My Commission Expires July 8, 2012

# Golden Foods

**From:** "BelOasis" <boumer@beloasis.com>
**To:** "Amiran" <goldengroup@sbcglobal.net>
**Sent:** Tuesday, June 21, 2005 9:40 PM
**Attach:** GF 2005 Shipping Schedule 22June05.xls
**Subject:** 17 June Meeting Notes

Dear Amiran and Soni:

I would like to take this opportunity to thank you for your time and hospitality during my visit to Golden Foods on Friday, June 17th. The following is a summary of items we discussed:

1. Provide a new quote for Turkish and German markets (e-mailed on 6/19)
2. Ship one 40' container of 1kg boxes with current design as soon as possible.
3. Ship 1,500 cases of 250g raviers cases. Will include 700-800 cases with 1 kg container.
4. Maersk has increased the freight charges by about $600 per 40' reefer container
5. Golden Foods will help search for a Thermoforming machine in Turkey. This will allow us to start making cups in Algeria starting next year.
6. Provide a quote for the following items:
    1. Drum wheat couscous of 55 lb bags
    2. Vermicelli bags of 500g
    3. Olive oil in 1 gallon metal containers
7. **To close the issue of container #18, Bio-Oasis decided to give Golden Foods a full refund for the merchandise in the form of a discount of 100 free cases per container. The total discount is equal to $42,873. The discount has been already started with invoice #GF001/2005.**
8. As we briefly discussed, due to the high number of containers that can be in the pipeline (ocean, Norfolk, Chicago) before the FDA release, we would like to work out a payment schedule that would allow up to two containers at the final destination. This doesn't include the containers that haven't arrived at Golden Foods. In other words the payment would be issued as soon as GF receives more than 2 containers at their site.
9. Updated schedule (see attached file).

Thank you for your business.

Moe



EXHIBIT

*A*

9/5/2008

Vendor Ledgers

## Bel Oasis

| Date | Trans No | Amount | | |
|------|----------|--------|---|---|
| 8/29/03 | 001/2003 | 43,853.04 | | |
| 9/4/03 | #002/2003 | 43,853.04 | | |
| 9/18/03 | 03/2003 | 43,853.04 | | |
| 10/31/03 | 0004/2003 | 41,606.48 | | |
| 10/31/03 | 005/2003 | 33,456.00 | | |
| 12/1/03 | 6/2003 | 32,543.75 | $ 239,165.35 | 6 Container |
| | | | | |
| 4/16/04 | 01/2004 | 47,491.20 | | |
| 5/5/04 | 02/2004 | 52,741.20 | | |
| 6/10/04 | 003/2004 | 55,113.27 | | |
| 7/6/04 | 004/2004 | 48,802.40 | | |
| 7/30/04 | 07/2004 | 42,237.60 | | |
| 8/2/04 | 06/2004 | 41,578.20 | | |
| 8/5/04 | 05/2004 | 46,503.36 | | |
| 8/23/04 | 08/2004 | 52,725.27 | | |
| 8/27/04 | 009/2004 | 48,902.40 | | |
| 8/27/04 | 10/2004 | 41,502.84 | | |
| 9/22/04 | 11/2004 | 42,547.40 | | |
| 9/22/04 | 12/2004 | 41,879.64 | | |
| 9/29/04 | 14/2004 | 52,725.27 | | |
| 10/5/04 | 13/2004 | 42,670.80 | | |
| 10/14/04 | 15/2004 | 34,945.50 | | |
| 10/22/04 | 16/2004 | 43,708.20 | | |
| 11/12/04 | 17/2004 | 49,299.90 | | |
| 11/12/04 | 18/2004 | 45,735.12 | $ 831,109.57 | 18 Containers |
| | | | | |
| 3/11/05 | GF001/2005 | 92,583.36 | | |
| 5/13/05 | GF002/2005 | 46,291.68 | | |
| 5/13/05 | GF003/2005 | 46,291.68 | | |
| 5/23/05 | GF004/2005 | 46,569.68 | | |
| 6/27/05 | GF005/2005 | 46,569.68 | | |
| 6/29/05 | GF006/2005 | 46,502.18 | | |
| 6/29/05 | GF007/2005 | 47,005.68 | | |
| 7/22/05 | GF008/2005 | 51,067.20 | | |
| 7/29/05 | GF009/2005 | 47,006.40 | | |
| 8/19/05 | 10/2005 | 46,664.40 | | |
| 8/19/05 | 11/2005 | 48,384.00 | | |
| 9/26/05 | GF12/2005 | 47,005.68 | | |
| 10/14/05 | GF13/2005 | 47,005.68 | $ 658,947.30 | 13 containers |
| | | | | |
| 5/24/06 | 002/2006 | 47,645.20 | | |
| 6/1/06 | GF001/2006 | 41,570.50 | | |
| 6/26/06 | GF003/2006 | 42,930.78 | | |
| 6/28/06 | GF004/2006 | 42,930.78 | | |
| 8/3/06 | GF005/2006 | 42,930.78 | $ 218,008.04 | 5 Containers |
| | | | | |
| 1/9/07 | GF006/2006 | 32,886.40 | | |
| 2/13/07 | GF007-2007 | 42,887.11 | | |
| 2/19/07 | GF008/2006 | 43,205.16 | | |
| 3/2/07 | GF009/2006 | 39,092.86 | | |
| 3/5/07 | GF01/2007 | 43,266.28 | | |
| 4/2/07 | GF02/2007 | 39,223.51 | | |
| 5/25/07 | GF03/2007 | 42,855.16 | | |
| 7/6/07 | GF04/2007 | 43,155.72 | $ 326,572.20 | 8 Containers |
| | | $ 2,273,802.46 | | |



EXHIBIT

B

tabbies®

# Golden Foods

**From:**     "BelOasis" <boumer@beloasis.com>
**To:**       <goldengroup@sbcglobal.net>
**Sent:**     Tuesday, January 17, 2006 11:56 PM
**Subject:**  RE: Shipment And Money

Dear Amiran:

We totally agree with you, the money or compensation will never replace the trust between us. As much as the quality issues made Doctor, his Dad and the new Management Team feel very bad; they were even more concerned when it reached to the trust between us. We feel very strongly that the trust is the most important part in our business with you and we will do everything possible to keep it that way. Among the measures taken to correct the situation, Doctor has already made the following changes:

1. Introduced a new Quality Control sampling using statistical methods based on FDA requirements and our own internal specifications.
2. Fired the Manager in charge of the conditioning process and a couple of key individuals that he felt were responsible for this issue.
3. Added more QC inspection steps prior to shipping each container

NOTE: For the dates with branches, the main reason Doctor didn't ship the container is because when he saw the moisture level of the dates was higher than normal, he was very concerned that the dates may get spoiled or change color during shipping. After what happened this year, he was very concerned to make the situation worse especially that he will be using a Dry container. You know these dates are very sensitive to moisture and consumption time (4 – 5 weeks). The shipping time alone is 5 – 6 weeks. This said, Doctor has decided to ship about 500 cases of the branched dates to minimize the possibility of spoilage and discoloration. But if you would like more please let me know as soon as possible. I will be able to give the exact shipping date by Friday.

Moisture aside, if everything goes right during shipping, these dates look beautiful (golden color) and are very delicious.

Thank you for your business,
Moe

        -----Original Message-----
        **From:** goldengroup@sbcglobal.net [mailto:goldengroup@sbcglobal.net]
        **Sent:** Monday, 16 January 2006 6:56 PM
        **To:** BelOasis
        **Subject:** Re: Shipment And Money

        Dear Moe,

            It was nice talking to you. As you know over the last few years we have supported any time there is a problem with dates. As you are aware that some of the shipments still remains unpaid by our Canadian customers even though we have taken care of the invoices.
        Money was never an issue. Even the compensation from the last year damages are not fully credited. As you know we have a full container of date sitting in our warehouse which are bad and apart from that we have 2 more containers in the freezer and we don't know in which condition they are as it is impossible to know if 1 piece is bad or 4 or 6 in a case.

        I am really disappointed as this time I was expecting help from Doctor as I was under great strain. I gave the order for the dates in October and its January and he has still not shipped the container.

        I will send the money this week but I am really let down. Doctor should understand the magnitude of the problem. I am still trying to minimizing the damages from last year and now this.

Anyway I will be sending the money but he should have sent the order back in November or December instead of holding the shipment.

For bank purpose we can submit any kind of documents needed to show the shipment is spoiled. We know that there are bank requirements but if the shipment is bad the bank does not forced payments.

Hopefully we will have no further issues after this.

Regards,

Mansour Amiran
International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
847-860-0900.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: goldengroup@sbcglobal.net

This email and any attachments contain confidential and privileged information. If you are not the intended recipient please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Thank you for your cooperation in connection with the above.

9/5/2008

**Subject:** SALE OF DATES TO OUR CUSTOMERS
**From:** Golden Foods <info@goldenfood.com>
**Date:** Mon, 13 Oct 2008 16:47:06 -0500
**To:** Moe Boumarafi <boumer@beloasis.com>

Dear Mr. Moe,

   You have denied in your email below that you have not contacted any of our customers, but I will like to give you a specific example. You have contacted CLIC from Montreal Canada who is our customer. Any kind of soliciting or sale of a single case of date which end up in the hands of our customer will be dealt in a serious manner with full legal force.

We again ask you to cease and desist from selling dates to our customers otherwise we will be forced to file a federal lawsuit and you will be responsible for not only damages but also for court cost and attorney fees.

Best Regards,

Mansour Amiran

```
International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com
```

This email and any attachments contain confidential and privileged
information. If you are not the intended recipient please notify the
sender immediately by return email,delete this email and destroy any
copies. Any dissemination or use of this information by a person other
than the intended recipient is unauthorized and may be illegal. This
transmission may contain information that is privileged,confidential,
legally privileged, and/or exempt from disclosure under applicable
law.Thank you for your cooperation in connection with the above.

Moe Boumarafi wrote:

> Dear Mr. Mansour Amiran:
> I would like to confirm to you that neither BelOasis nor Bio-Oasis has solicited your customers for business. However, we would like to know what customer of yours you believe we solicited.
> When we get contacted by a customer to sell dates we do not believe or consider this a solicitation of business. In addition, we would like to know why you think that selling dates interferes with your business or is a solicitation of business.
>
> Best regards,
>
> Moe Boumarafi
> Best regards,       ⟵ he is in
>                        Muhigan
> Moe Boumarafi



EXHIBIT
C

-----Original Message-----
From: "Golden Foods" <info@goldenfood.com>
Sent 9/29/2008 4:54:07 PM
To: "Moe Boumarafi" <boumer@beloasis.com>
Subject: SOLICITING OF OUR CUSTOMERS

Bel Oasis / Bio Oasis
Attn. Mr. Moe,

It has come to our attention that you are soliciting our customers and offering them dates. Any attempt to contact our customers will be a direct interference with our business.

By this email we are demanding that you immediately cease and desist from contacting our customers. Your non compliance will lead us to file a federal lawsuit and injunction against you and your company.

Sincerely,

Mansour Amiran

International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

This email and any attachments contain confidential and privileged information. If you are not the intended recipient please notify the sender immediately by return email,delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. This transmission may contain information that is privileged,confidential, legally privileged, and/or exempt from disclosure under applicable law.Thank you for your cooperation in connection with the above.

**Subject:** RE: Dates Prices and Avalibility
**From:** "Bio-Oasis" <biooasis@beloasis.com>
**Date:** Wed, 12 Mar 2008 14:32:05 +0100
**To:** "'Golden Foods'" <info@goldenfood.com>

Dear Mr. Amiran,
Thank you for your e-mail.
Please contact Moe (our BOSS and representative in the US Market) he will inform you
all information you want.
Best regards;

Dr. Guergueb Ahmed
General Manager
Bio-Oasis Sarl
13 Zone d'activité Oumache
Biskra, Algeria
Mobile: +213 74 778 869
Phone: +213 33 708 254
Fax: +213 33 747 090
www.beloasis.com
E-mail: biooasis@beloasis.com

*This came from Algeria* (handwritten)

-----Original Message-----
From: Golden Foods [mailto:info@goldenfood.com]
Sent: 11 March, 2008 14:59
To: boumer@beloasis.com; biooasis@beloasis.com
Subject: Dates Prices and Avalibility

Dear Dr. Guergueb,
    I am planning to visit Tunisia with Moe and will like to know about
the Availability and pricing of the dates, so that I can plan
accordingly. Please email me the same.

Thanks and Regards,

Mansour Amiran

--
International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

EXHIBIT
D

This email and any attachments contain confidential and privileged information. If you are not the intended recipient please notify the sender immediately by return email,delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. This transmission may contain information that is privileged,confidential, legally privileged, and/or exempt from disclosure under applicable law.Thank you for your cooperation in connection with the above.

*Dr Ahmed*
*algun*
*by Moe*



**Biskra, Algeria**

# Purchase Agreement for 2007 Harvest

**Seller: Bio-Oasis SARL** (Moe Boumarafi on behalf of Dr. Ahmed Guergueb)

**Buyer: Golden Foods, Inc. Bensenville, IL 60106** (Mr. Mansour Amiran)

Golden Foods Inc., buyer, agrees to purchase XX full Reefer 40' containers of Pitted Deglet Noor Dates from Bio-Oasis, seller as described in the table below.

| Item # | Description of Cases | # of Cont. | # of Cases per Cont. | Estimated Shipping Date | Delivery Port & Final Destination |
|---|---|---|---|---|---|
| 1 | 12 @ 2-lb cups<br>24 @ 10 oz cups<br>24 @ 200g Ravier trays<br>12 @ 400g Ravier trays | TBD by Golden Foods | 936<br>390<br>324<br>324 | TBD | Port: Norfolk, VA<br>Final Destination: Chicago, IL |
| 2 | 12 @ 2-lb cups<br>24 @ 10 oz cups<br>24 @ 200g Ravier trays<br>12 @ 400g Ravier trays | TBD by Golden Foods | XXX<br>XXX<br>XXX<br>XXX | TBD | TBD |
| 3 | 12 @ 2-lb cups<br>24 @ 10 oz cups<br>24 @ 200g Ravier trays<br>12 @ 400g Ravier trays | TBD by Golden Foods | XXX<br>XXX<br>XXX<br>XXX | TBD | TBD |

*Container content shown is an example only. Feel free to use any combination desired to fill a container.*

**Product Specifications**
- All shipments must pass the USDA/FDA inspection requirements. Bio-Oasis will compensate any rejected products by USDA/FDA. Golden Foods to provide copies of the inspection documents.

**Terms**
- Golden Foods Inc. to issue Purchase Order for the containers as soon as this agreement is signed by both parties.
- Bio-Oasis to provide estimated shipping dates of each container upon receipt of Purchase Order.
- Prices indicated are F.O.B. Port of Oran, Algeria or other port in Algeria:

  Case of 12 @ 2-lb cups             US$xx.xx
  Case of 24 @ 10 oz cups            US$xx.xx
  Case of 24 @ 200g Ravier trays     US$xx.xx
  Case of 12 @ 400g Ravier trays     US$xx.xx
  Case of 12 @ 1 kg Gift Boxes       US$xx.xx

  *Note: New season prices will be provided by the end of October based on actual market conditions.*
- **Freight:**
  - Bio-Oasis will pass the freight cost to Golden Foods Inc. (Freight and handling cost is subject to change by the shipping company). Golden Foods Inc. is free to find a better freight rate.
- **Payment Method:** Golden Foods to wire payment XX days after the Bill of Lading is issued. The payment is to be sent to the following Bio-Oasis bank account:
  - Bio-Oasis account #05605662230/32 (Banque Extérieure d'Algérie, Routing/ABA #BEXADZAL056) ;
  - Bank Address: 56, Avenue Ben Badis Biskra, 07000, Algeria.
- For each container, Bio-Oasis will send to Golden Foods the following documents: Commercial Invoice, Packing List, Bill of Lading, Certificat d'origine, Certificat Phytosanitaire, Fumigation Certificate.

**Shipping Specifications**
- Shipping Weight (Gross): Maximum of 43,000 lbs for a 40'reefer container.
  Note: If weight limit is not required please advice.

---

**Bio-Oasis SARL** (Moe Boumarafi)          Date          **Golden Foods, Inc.** (Mansour Amiran)          Date

CONFIDENTIAL

**Subject:** Dates Prices, Avalibility and Trip to Algeria
**From:** "Moe Boumarafi" <boumer@beloasis.com>
**Date:** Sun, 16 Mar 2008 18:39:41 GMT
**To:** "Golden Foods" <info@goldenfood.com>
**CC:** <biooasis@beloasis.com>

*Dehrout
lee -
prices from
Alger*

Dear Amiran:

First, I would like to confirm that I will be available to travel with you to Algeria after April 15th. I would like to go earlier but I have a trip already scheduled to Mexico from April 7th to April 10th. By the way, Doctor and his Dad are ready for your visit any time you want to go. Please let me know when you would like to go.

Second, as you requested, Doctor sent me the prices and the quantities available for Golden Foods this year. He asked me to share the following with you:

1. He kept the same prices as the previous season and the increase in prices mainly reflect the fall of the dollar against the Algerian Dinar.
2. He can deliver five 40' containers this year if you agree to our new prices.
3. His new prices are as follows:
   - Case of Pitted Deglet Noor dates with 12 X 400g Raviers trays: US$13.60
   - Case of Pitted Deglet Noor dates with 24 X 200g Raviers trays: US$14.23
   - Case of Pitted Deglet Noor dates with 12 X 2 lb cups: US$29.90
   - Case of Pitted Deglet Noor 24 X 10 oz cups: US$21.58

Regards,

Moe



EXHIBIT
E

**Subject:** Dates Prices, Avalibility and Trip to Algeria
**From:** "Moe Boumarafi" <boumer@beloasis.com>
**Date:** Sun, 16 Mar 2008 18:39:41 GMT
**To:** "Golden Foods" <info@goldenfood.com>
**CC:** <biooasis@beloasis.com>

Dear Amiran:

First, I would like to confirm that I will be available to travel with you to Algeria after April 15th. I would like to go earlier but I have a trip already scheduled to Mexico from April 7th to April 10th. By the way, Doctor and his Dad are ready for your visit any time you want to go. Please let me know when you would like to go.

Second, as you requested, Doctor sent me the prices and the quantities available for Golden Foods this year. He asked me to share the following with you:

1. He kept the same prices as the previous season and the increase in prices mainly reflect the fall of the dollar against the Algerian Dinar.
2. He can deliver five 40' containers this year if you agree to our new prices.
3. His new prices are as follows:
   - Case of Pitted Deglet Noor dates with 12 X 400g Raviers trays: US$13.60
   - Case of Pitted Deglet Noor dates with 24 X 200g Raviers trays: US$14.23
   - Case of Pitted Deglet Noor dates with 12 X 2 lb cups: US$29.90
   - Case of Pitted Deglet Noor 24 X 10 oz cups: US$21.58

Regards,

Moe

9/23/2008 5:21 PM



**Biskra, Algeria**

# Purchase Agreement for 2007 Harvest

**Seller: Bio-Oasis SARL** (Moe Boumarafi on behalf of Dr. Ahmed Guergueb)

**Buyer: Golden Foods, Inc.** Bensenville, IL 60106 (Mr. Mansour Amiran)

Golden Foods Inc., buyer, agrees to purchase XX full Reefer 40' containers of Pitted Deglet Noor Dates from Bio-Oasis, seller as described in the table below.

| Item # | Description of Cases | # of Cont. | # of Cases per Cont. | Estimated Shipping Date | Delivery Port & Final Destination |
|--------|----------------------|------------|----------------------|-------------------------|-----------------------------------|
| 1 | 12 @ 2-lb cups<br>24 @ 10 oz cups<br>24 @ 200g Ravier trays<br>12 @ 400g Ravier trays | TBD by Golden Foods | 936<br>390<br>324<br>324 | TBD | Port: Norfolk, VA<br>Final Destination: Chicago, IL |
| 2 | 12 @ 2-lb cups<br>24 @ 10 oz cups<br>24 @ 200g Ravier trays<br>12 @ 400g Ravier trays | TBD by Golden Foods | XXX<br>XXX<br>XXX<br>XXX | TBD | TBD |
| 3 | 12 @ 2-lb cups<br>24 @ 10 oz cups<br>24 @ 200g Ravier trays<br>12 @ 400g Ravier trays | TBD by Golden Foods | XXX<br>XXX<br>XXX<br>XXX | TBD | TBD |

*Container content shown is an example only. Feel free to use any combination desired to fill a container.*

## Product Specifications

- All shipments must pass the USDA/FDA inspection requirements. Bio-Oasis will compensate any rejected products by USDA/FDA. Golden Foods to provide copies of the inspection documents.

## Terms

- Golden Foods Inc. to issue Purchase Order for the containers as soon as this agreement is signed by both parties.
- Bio-Oasis to provide estimated shipping dates of each container upon receipt of Purchase Order.
- Prices indicated are F.O.B. Port of Oran, Algeria or other port in Algeria:

  | | |
  |---|---|
  | Case of 12 @ 2-lb cups | US$xx.xx |
  | Case of 24 @ 10 oz cups | US$xx.xx |
  | Case of 24 @ 200g Ravier trays | US$xx.xx |
  | Case of 12 @ 400g Ravier trays | US$xx.xx |
  | Case of 12 @ 1 kg Gift Boxes | US$xx.xx |

  *Note: New season prices will be provided by the end of October based on actual market conditions.*

- **Freight:**
  - Bio-Oasis will pass the freight cost to Golden Foods Inc. (Freight and handling cost is subject to change by the shipping company). Golden Foods Inc. is free to find a better freight rate.
- **Payment Method:** Golden Foods to wire payment XX days after the Bill of Lading is issued. The payment is to be sent to the following Bio-Oasis bank account:
  - Bio-Oasis account #05605662230/32 (Banque Extérieure d'Algérie, Routing/ABA #BEXADZAL056) ;
  - Bank Address: 56, Avenue Ben Badis Biskra, 07000, Algeria.
- For each container, Bio-Oasis will send to Golden Foods the following documents:  Commercial Invoice, Packing List, Bill of Lading, Certificat d'origine, Certificat Phytosanitaire, Fumigation Certificate.

## Shipping Specifications

- Shipping Weight (Gross): Maximum of 43,000 lbs for a 40'reefer container.
  Note: If weight limit is not required please advice.

---

Bio-Oasis SARL (Moe Boumarafi)          Date

Golden Foods, Inc. (Mansour Amiran)          Date

---

**Page #1 of 1**

**CONFIDENTIAL**

**Subject:** RE: Dates Prices and Avalibility
**From:** "Bio-Oasis" <biooasis@beloasis.com>
**Date:** Wed, 12 Mar 2008 14:32:05 +0100
**To:** "'Golden Foods'" <info@goldenfood.com>

Dear Mr. Amiran,
Thank you for your e-mail.
Please contact Moe (our BOSS and representative in the US Market) he will inform you all information you want.
Best regards;

Dr. Guergueb Ahmed
General Manager
Bio-Oasis Sarl
13 Zone d'activité Oumache
Biskra, Algeria
Mobile: +213 74 778 869
Phone: +213 33 708 254
Fax: +213 33 747 090
www.beloasis.com
E-mail: biooasis@beloasis.com

-----Original Message-----
From: Golden Foods [mailto:info@goldenfood.com]
Sent: 11 March, 2008 14:59
To: boumer@beloasis.com; biooasis@beloasis.com
Subject: Dates Prices and Avalibility

Dear Dr. Guergueb,
    I am planning to visit Tunisia with Moe and will like to know about the Availability and pricing of the dates, so that I can plan accordingly. Please email me the same.

Thanks and Regards,

Mansour Amiran

--
International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

**Subject:** RE: Dates Prices and Avalibility
**From:** "Bio-Oasis" <biooasis@beloasis.com>
**Date:** Wed, 12 Mar 2008 14:32:05 +0100
**To:** "'Golden Foods'" <info@goldenfood.com>

Dear Mr. Amiran,
Thank you for your e-mail.
Please contact Moe (our BOSS and representative in the US Market) he will inform you all information you want.
Best regards;

Dr. Guergueb Ahmed
General Manager
Bio-Oasis Sarl
13 Zone d'activité Oumache
Biskra, Algeria
Mobile: +213 74 778 869
Phone: +213 33 708 254
Fax: +213 33 747 090
www.beloasis.com
E-mail: biooasis@beloasis.com

-----Original Message-----
From: Golden Foods [mailto:info@goldenfood.com]
Sent: 11 March, 2008 14:59
To: boumer@beloasis.com; biooasis@beloasis.com
Subject: Dates Prices and Avalibility

Dear Dr. Guergueb,
    I am planning to visit Tunisia with Moe and will like to know about the Availability and pricing of the dates, so that I can plan accordingly. Please email me the same.

Thanks and Regards,

Mansour Amiran

--
International Golden Foods, Inc.
819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

This email and any attachments contain confidential and privileged information. If you are not the intended recipient please notify the sender immediately by return email,delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. This transmission may contain information that is privileged,confidential, legally privileged, and/or exempt from disclosure under applicable law.Thank you for your cooperation in connection with the above.

EXHIBIT
tabbies
E

BelOasis™ Imports & Exports



BelOasis
IMPORTS & EXPORTS

About   Products   Order   Contact

Welcome to
BelOasis Imports
& Exports

This is a new
resource to help
importing and
exporting of
quality products
available through
BelOasis™ Imports
& Exports.

BelOasis is at the forefront of the drive to help
West Africa access US and North Africa markets. We
can import or export quality products from Algeria
and buy almonds, Walnuts, Pistachio, Prunes, and Dates. Americans, Sellers please contact us!

Home   About   Products   Order   Contact                    Next page >>





## About Us

To ensure a reliable and timely delivery of the best fresh Deglet Nour dates from our fields in Algeria (North Africa) to your doorsteps, BelOasis formed a partnership with Bio-Oasis SARL.

**Bio-Oasis**, located right in the heart of the Algerian growing area of dates, is engaged in processing and exporting Deglet Nour Dates available year-round.

**BelOasis™** is proud to offer Algerian Deglet Nour dates for retail and wholesale distribution in North America — promptly and at reasonable prices.



**Our Goal is:**
Promptly deliver fresh and high quality products to meet your

expectations.

**Our Reward is:**
Your complete satisfaction.



Home    About    **Products**    Order    Contact                Next page >>



Click image to view larger

Products offered:

Pitted Deglet Nour Raviers Trays 200 g (0.44 lb)

Pitted Deglet Nour Raviers Trays 400 g (0.88

## Products

**Deglet Nour dates**: One of the most widely grown date varieties, Deglet Nour (known as the "Date of Light"), has a natural sweetness that makes them the perfect ingredient when used in baked foods, dairy products, cereals and confections.

**Our products are 100% natural**; harvested at the appropriate state of maturity, cleaned, sorted, packed, vacuum fumigated, metal detected, inspected and loaded in refrigerated containers at our partner's plants.

Rich in vitamins and minerals, dates have an excellent source of fiber and high energy for good health.

As a healthful snack, dates have no fat, sodium or cholesterol and are rich in fiber and potassium.

Grown under ideal conditions in the Saharan desert, Algerian Deglet Nour dates are of the highest quality the world over. Tended for centuries, their golden color, texture, and outstanding sweet taste set them apart

We think you'll agree — they are in a class all their own.



lb)
Pitted Deglet Nour Cups (2 lbs and 10 oz)
Whole Deglet Nour Dates are also available.

**Note:** Our products are Kosher and Halal
Certified. We also offer Organic Deglet Nour
dates.

Prices available upon request. Click here to fill
out price list request form.



http://www.beloasis.com/order.html

Home   About   Products   **Order**   Contact

Next page >>

Order

Name:

E-mail Address:

Company:

Website (if
available):

Street Address:

City:

ZIP:

Date:

Country:

Phone Number:

FAX Number:

**Our products are shipped in refrigerated containers at +4 degrees
Celsius.**

Container load: approximately 11 metric tons in a 20 ft reefer and 22
metric tons in a 40 ft reefer.

Note: We make custom packaging and labeling in accordance to your
specifications and requirements.

BelOasis™ welcomes your order via standard mail, telephone, fax,
or e-mail.

PO Box 81423
Rochester, MI 48308
**Phone:**(248) 330-5370
**FAX:** (248) 928-0321
**E-mail:** order@beloasis.com

Price request: A minimum order of a 20 ft container is required.

Submit

Other products of
interest or comments:



http://www.beloasis.com/contact.html

Home   About   Products   Order   Contact



## Contact Us

BelOasis™ welcomes any questions you may have regarding our products.

PO Box 81423
Rochester, MI 48308
**Phone:**(248) 330-5370
**FAX:** (248) 928-0321
**E-mail:** info@beloasis.com



Next page >>