# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 09 CV 3880 |
| BEL OASIS, a Michigan corporation, a/k/a BIO OASIS SARL, | ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION TO COMPEL
## OR FOR RULE TO SHOW CAUSE

NOW COMES the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., by and through its attorney, Joseph M. Williams, and in support of its motion to compel or for rule to show cause, states as follows:

1. That on December 7, 2009, the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC. (hereinafter "IGF") filed its first motion to compel discovery.

2. That on December 9, 2009, this Court granted the motion to compel the deposition of Moe Muhammed Boumarafi on or before February 8, 2010 and extended the time to reply to Defendant's, BEL OASIS (hereinafter "BEL") motion for summary judgment.

3. That neither BEL nor its attorneys appeared in Court on December 9, 2009.

4. That the only response received from BEL was on December 22, 2009, a copy of which is attached hereto and made a part hereof as **Exhibit A.**

5. That the response states a question, as to whether or not IGF "will still be proceeding with this lawsuit?" due to the dissolution document appended to the letter (see Exhibit A).

6. That it would appear, as BEL and/or Moe Muhammed Boumarafi, have no intention of complying with this Court's order of December 9, 2009.

7. That BEL OASIS, and its principal, Moe Muhammed Boumarafi, are in contempt of this Court and an order for rule to show cause as to why he/they/it should not be held in contempt of Court for their failure to comply with orders of this Court, should be entered.

8. That the deposition has been requested in conjunction with BEL's motion for summary judgment.

WHEREFORE, the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., prays this Court enter an order for rule to show cause against Moe Muhammed Boumarafi, to show cause, if any he has, why he should not be held in contempt of Court, for failure to abide by orders of this Court and/or to strike or deny the Defendant's motion for summary judgment.

Respectfully submitted,

By: *Joseph M. Williams*

Joseph M. Williams

JOSEPH M. WILLIAMS
Attorney for Plaintiff
810 N. Arlington Heights Road
Itasca, IL 60143
(630) 346-4472
Atty No. 03128789

# BLANCO
# WILCZYNSKI

2095 E. Big Beaver Road
Suite 400
Troy, MI 48083

p: 248.519.9000
f: 248.519.9001
e: olb@blancopc.com
www.blancopc.com

74 Market Street
Mount Clemens, MI
48043

p: 586.491.6617

1111 Brickell Ave. Ste. 1100
Miami, FL 33131

p: 305.913.8630
f: 305.913.4101

Federal Tax I.D. No.
36-4583891

Orlando L. Blanco*
olb@blancopc.com
*Also admitted in Florida

Derek S. Wilczynski
dsw@blancopc.com

Of Counsel

Lincoln G. Herweyer
35054 23 Mile Rd. Ste 115
New Baltimore, MI 48047

Jon P. Yormick°
Cleveland, Ohio Office
Key Tower, 52nd Floor
127 Public Square
Cleveland, Ohio 44114

°Also admitted in
the District of Columbia,
Maryland, Ohio, and
Michigan

December 22, 2009

Thomas J. Laz
810 N. Arlington Heights Road
Itasca, Illinois  60143

**Re:**  **International Golden Foods v Bel Oasis**
        **09-CV-3880**

Dear Mr. Laz:

Enclosed, please find a copy of Bel Oasis' Certificate of Dissolution. Please let me know if you will still be proceeding with this lawsuit.

If you have any questions or need anything further, please do not hesitate to contact me. Thank you for your attention to this matter.

Very truly yours,

BLANCO WILCZYNSKI, P.L.L.C.

Derek S. Wilczynski

DSW.cpg

Enclosures

s:\cases - open\international golden foods v. bel oasis\correspondence\attorney\122209 ltr to laz en certificate of dissolution.dsw.cpg.docx



EXHIBIT A

BCS/CD-731 (Rev. 4/09)

| Date Received | (FOR BUREAU USE ONLY) |
|---|---|
| | **MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH**<br>**BUREAU OF COMMERCIAL SERVICES** |
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |

| Name | Bel Oasis Imports & Exports, LLC |
|---|---|
| Address | 55 Oakbridge Dr. |
| City | Oakland Twp |
| State | MI |
| Zip Code | 48306 |

EFFECTIVE DATE:

Document will be returned to the name and address you enter above. If left blank document will be mailed to the registered office.

## CERTIFICATE OF DISSOLUTION
### For use by Limited Liability Companies
(Please read information and instructions on reverse side)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned limited liability company executes the following Certificate of Dissolution:

1. The name of the limited liability company is: Bel Oasis Imports & Exports, LLC

2. The identification number assigned by the Bureau is: B7313A

3. The reason for the dissolution is: (check only one)
   ☐ upon the happening of an event specified in the Articles of Organization or operating agreement.
   ☒ upon unanimous vote.

4. (Complete only if an effective date other than the date of filing is desired. This date must be no more than 90 days after receipt of this document by the administrator.)

This Certificate is hereby signed as required by Section 103 of the Act.

Signed this 8th day of ~~October~~ December, 2009

By _(signature)_
(Signature of Member, Manager, or Authorized Agent)

Mohamed Boumarafi
(Type or Print Name and Capacity)

Preparer's Name **Derek S. Wilczynski**

Business Telephone Number **(248) 519-9000**

## INFORMATION AND INSTRUCTIONS

1. This form may be used to draft your Certificate of Dissolution. A document required or permitted to be filed under the act cannot be filed unless it contains the minimum information required by the act. The format provided contains only the minimal information required to make the document fileable and may not meet your needs. This is a legal document and agency staff cannot provide legal advice.

   Submit one original of this document. Upon filing, the document will be added to the records of the Bureau of Commercial Services. The original will be returned to your registered office address, unless you enter a different address in the box on the front of this document.

2. Since this document will be maintained on electronic format, it is important that the filing be legible. Documents with poor black and white contrast, or otherwise illegible, will be rejected.

3. Item 2 - Enter the identification number assigned by the Bureau. If this number is unknown, leave it blank.

4. Item 3 - Check the appropriate box for dissolution pursuant to Sections 801(b) or (c) of the Act.

5. The limited liability company must request a tax clearance within 60 days after submitting this certificate from the Michigan Department of Treasury, Tax Clearance Division, Lansing, Michigan 48922, (517)-636-5260.

6. This Certificate must be signed by a manager, if managed by one or more managers, a member if management remains in the members, or an authorized agent of the company.

7. **NONREFUNDABLE FEE:** Make remittance payable to the State of Michigan. Include limited liability company name and identification number on check or money order.................................................................................................$10.00

| To submit by mail: | To submit in person: |
|---|---|
| Michigan Department of Labor & Economic Growth<br>Bureau of Commercial Services<br>Corporation Division<br><br>P.O. Box 30054<br>Lansing, MI 48909 | 2501 Woodlake Circle<br>Okemos, MI<br>Telephone: (517) 241-6470<br><br>Fees may be paid by VISA or Mastercard when delivered in person to our office. |

MICH-ELF (Michigan Electronic Filing System):

First Time Users: Call (517) 241-6470, or visit our website at http://www.michigan.gov/corporations
Customer with MICH-ELF Filer Account: Send document to (517) 636-6437

DELEG is an equal opportunity employer/program. Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities.