# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BEL OASIS, a Michigan corporation, ) <br> a/k/a BIO OASIS SARL, ) <br> ) <br> Defendant. ) | No. 09 CV 3880 |

## PLAINTIFFS' MOTION TO ENJOIN COLLECTION OF RECEIVABLES

NOW COMES the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., by and through its attorney, Joseph M. Williams, and in support of its motion to enjoin collection of receivables and/or appoint a receiver, states as follows:

1. That on December 22, 2009, the Defendant, BEL OASIS (hereinafter "BEL") advised of its dissolution, by letter, from its counsel, Derek Wilczynski, a copy of which is attached hereto and made a part hereof as **Exhibit A.**

2. That BEL purportedly dissolved itself on December 8, 2009 (see Exhibit A).

3. That subsequent thereto, as a matter of law, BEL must engage in the process of winding up and liquidating.

4. That based on information and belief, BEL has <u>substantial</u> accounts receivables, including, but not limited to, recently delivered containers of pitted dates, <u>after</u> the alleged date of dissolution, to:

> CLIC Import Export
> 2185 Ave. Francis Hughes
> Chomedey, Laual
> Quebec, H75 IN5

valued at sums believed to be <u>in excess of $100,000.00</u>.

5. That BEL has also, shortly prior to December 8, 2009, received substantial products from Co-Defendant, BIO OASIS SARL (hereinafter "BIO") for distribution in the USA

to various customers; including, but not limited to, UFC Distributors, Dearborn, Michigan and Noor Date, Inc., Glendale, California.

    6.    That since this cause is pending and undetermined, this Court must protect IGF, a prospective creditor, by compelling BEL to escrow its assets and receivables and/or appointing a receiver to takeover the liquidation of its operations.

    7.    That since liquidation is required, as a matter of law, no prejudice will be created to BEL by the appointment of a receiver, the setting up of an escrow account for its receivables and/or enjoining any further operations excepting that which is necessary to wind up its affairs.

    8.    That the failure to so do, will substantially prejudice the rights of IGF, one of its prospective creditors, and will not prejudice BEL in any manner.

WHEREFORE, the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., prays this Court enter an order as follows:

    A.    Compel the Defendant, BEL OASIS, to place in a Court-controlled escrow account, all of its assets and receivables; and/or

    B.    Appoint a receiver to take over Defendant, BEL OASIS' liquidation of its operations;

    C.    Enjoin any further new business activities; and

    D.    Any and all other relief as this Court deems just and equitable.

Respectfully submitted,

By: *Joseph M. Williams* (signature)
Joseph M. Williams

JOSEPH M. WILLIAMS
Attorney for Plaintiff
810 N. Arlington Heights Road
Itasca, IL 60143
(630) 346-4472
Atty No. 03128789

# BLANCO
# WILCZYNSKI

2095 E. Big Beaver Road
Suite 400
Troy, MI 48083

p: 248.519.9000
f: 248.519.9001
e: olb@blancopc.com
www.blancopc.com

74 Market Street
Mount Clemens, MI
48043

p: 586.491.6617

1111 Brickell Ave. Ste. 1100
Miami, FL 33131

p:  305.913.8630
f: 305.913.4101

Federal Tax I.D. No.
36-4583891

Orlando L. Blanco*
olb@blancopc.com
*Also admitted in Florida

Derek S. Wilczynski
dsw@blancopc.com

Of Counsel

Lincoln G. Herweyer
35054 23 Mile Rd.  Ste 115
New Baltimore, MI 48047

Jon P. Yormick°
Cleveland, Ohio Office
Key Tower, 52nd Floor
127 Public Square
Cleveland, Ohio 44114

°Also admitted in
the District of Columbia,
Maryland, Ohio, and
Michigan

December 22, 2009

Thomas J. Laz
810 N. Arlington Heights Road
Itasca, Illinois  60143

Re:   International Golden Foods v Bel Oasis
       09-CV-3880

Dear Mr. Laz:

Enclosed, please find a copy of Bel Oasis' Certificate of Dissolution. Please let me know if you will still be proceeding with this lawsuit.

If you have any questions or need anything further, please do not hesitate to contact me. Thank you for your attention to this matter.

Very truly yours,

BLANCO WILCZYNSKI, P.L.L.C.

Derek S. Wilczynski

DSW.cpg

Enclosures

s:\cases - open\international golden foods v. bel oasis\correspondence\attorney\122209 ltr to laz an certificate of dissolution.dsw.cpg.docx


EXHIBIT A

BCS/CD-731 (Rev. 4/09)

## MICHIGAN DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
### BUREAU OF COMMERCIAL SERVICES

Date Received

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: Bel Oasis Imports & Exports, LLC
Address: 55 Oakbridge Dr.
City: Oakland Twp  State: MI  Zip Code: 48306

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

## CERTIFICATE OF DISSOLUTION
### For use by Limited Liability Companies
(Please read information and instructions on reverse side)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned limited liability company executes the following Certificate of Dissolution:

1. The name of the limited liability company is: Bel Oasis Imports & Exports, LLC

2. The identification number assigned by the Bureau is: B7313A

3. The reason for the dissolution is: (check only one)
   ☐ upon the happening of an event specified in the Articles of Organization or operating agreement.
   ☒ upon unanimous vote.

4. (Complete only if an effective date other than the date of filing is desired. This date must be no more than 90 days after receipt of this document by the administrator.)

This Certificate is hereby signed as required by Section 103 of the Act.

Signed this 8th day of ~~October~~ December, 2009

By _[signature]_
(Signature of Member, Manager, or Authorized Agent)

Mohamed Boumarafi
(Type or Print Name and Capacity)

Preparer's Name __Derek S. Wilczynski__

Business Telephone Number __(248) 519-9000__

## INFORMATION AND INSTRUCTIONS

1. This form may be used to draft your Certificate of Dissolution. A document required or permitted to be filed under the act cannot be filed unless it contains the minimum information required by the act. The format provided contains only the minimal information required to make the document fileable and may not meet your needs. This is a legal document and agency staff cannot provide legal advice.

   Submit one original of this document. Upon filing, the document will be added to the records of the Bureau of Commercial Services. The original will be returned to your registered office address, unless you enter a different address in the box on the front of this document.

2. Since this document will be maintained on electronic format, it is important that the filing be legible. Documents with poor black and white contrast, or otherwise illegible, will be rejected.

3. Item 2 - Enter the identification number assigned by the Bureau. If this number is unknown, leave it blank.

4. Item 3 - Check the appropriate box for dissolution pursuant to Sections 801(b) or (c) of the Act.

5. The limited liability company must request a tax clearance within 60 days after submitting this certificate from the Michigan Department of Treasury, Tax Clearance Division, Lansing, Michigan 48922, (517)-636-5260.

6. This Certificate must be signed by a manager, if managed by one or more managers, a member if management remains in the members, or an authorized agent of the company.

7. **NONREFUNDABLE FEE**: Make remittance payable to the State of Michigan. Include limited liability company name and identification number on check or money order.................................................................................$10.00

To submit by mail:

   Michigan Department of Labor & Economic Growth
   Bureau of Commercial Services
   Corporation Division

   P.O. Box 30054
   Lansing, MI 48909

To submit in person:

   2501 Woodlake Circle
   Okemos, MI
   Telephone: (517) 241-6470

   Fees may be paid by VISA or Mastercard when delivered in person to our office.

MICH-ELF (Michigan Electronic Filing System):

First Time Users: Call (517) 241-6470, or visit our website at http://www.michigan.gov/corporations
Customer with MICH-ELF Filer Account: Send document to (517) 636-6437

DELEG is an equal opportunity employer/program. Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities.