IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL GOLDEN FOODS, INC.,
An Illinois corporation,

        Plaintiff,

Vs.                                      Case No.    09 CV 3880

BEL OASIS IMPORTS & EXPORTS, LLC        JUDGE:    WILLIAM HIBBLER
Michigan corporation, a/k/a BIO OASIS SARL,

        Defendant.

_____/

| | |
|---|---|
| Joseph M. Williams | **BLANCO WILCZYNSKI, P.L.L.C.** |
| Attorney for Plaintiff | Derek S. Wilczynski |
| 810 N. Arlington Heights Road | Orlando L. Blanco |
| Itasca, Illinois 60143 | Attorneys for Defendant |
| 630.346.4472 | 2095 East Big Beaver Road |
| | Suite 400 |
| | Troy, MI 48083 |
| | 248.519.9000 |

_____/

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO ENJOIN COLLECTION OF RECEIVABLES**

NOW COMES the Defendant, BelOasis, by and through its attorneys, Blanco Wilczynski, P.L.L.C., and respectfully requests that this Court enter an Order denying Plaintiff, International Golden Food's, Motion to Enjoin Collection of Receivables for the following reasons:

    1.    In response to paragraph 1, Defendant admits the allegation as true.

    2.    In response to paragraph 2, Defendant admits the allegation as true.

3.  In response to paragraph 3, Defendant neither admits nor denies the allegation as it calls for a legal conclusion.

4.  In response to paragraph 4, Defendant denies the allegation as untrue. Further, Defendant requests that Plaintiff make an offer of proof as to its belief that BelOasis has substantial accounts receivable. Plaintiff's entire Motion is based entirely on speculation.

5.  In response to paragraph 5, Defendant denies the allegation as untrue. Further, Defendant requests that Plaintiff make an offer of proof as to its belief that BelOasis has substantial accounts receivable. Plaintiff's entire Motion is based entirely on speculation.

6.  In response to paragraph 6, Defendant denies the allegation as untrue as BelOasis does not have any assets.

7.  In response to paragraph 7, an appointment of receiver is not necessary as BelOasis has no assets. Further, Plaintiff has cited no law authorizing this Court to appoint a Receiver as it is based solely on speculation.

8.  In response to paragraph 8, Defendant denies the allegation as untrue. In the event the Court grants Plaintiff's Motion, BelOasis will be prejudiced to the extent that Moe Boumarafi, the owner of BelOasis, will have to interact and deal with a Receiver when his company is already dissolved and is no longer doing business.

WHEREFORE, Defendant, BelOasis, respectfully requests that this Court enter an Order denying Plaintiff, International Golden Food's, Motion to Enjoin Collection of Receivables and enter an Order awarding it $500.00 for preparation of this Response Brief.

                                    Respectfully submitted,

                                    **BLANCO WILCZYNSKI, P.L.L.C.**

                                    /s/Derek S. Wilczynski
                                    Orlando L. Blanco
                                    Derek S. Wilczynski
                                    Attorneys for Defendant
                                    2095 East Big Beaver Road, Suite 400
                                    Troy, MI  48083
                                    248.519.9000

Dated:  February 2, 2010

s:\cases - open\international golden foods v. bel oasis\pleadings\020210 defendant's response to plaintiff's motion to enjoin collection of receivables.dsw.cpg.docx

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL GOLDEN FOODS, INC.,
An Illinois corporation,

    Plaintiff,

 Vs.          Case No. 09 CV 3880

BEL OASIS IMPORTS & EXPORTS, LLC  JUDGE: WILLIAM HIBBLER
Michigan corporation, a/k/a BIO OASIS SARL,

    Defendant.
_____/

| | |
|---|---|
| Joseph M. Williams<br>Attorney for Plaintiff<br>810 N. Arlington Heights Road<br>Itasca, Illinois 60143<br>630.346.4472 | **BLANCO WILCZYNSKI, P.L.L.C.**<br>Derek S. Wilczynski<br>Orlando L. Blanco<br>Attorneys for Defendant<br>2095 East Big Beaver Road<br>Suite 400<br>Troy, MI 48083<br>248.519.9000 |

_____/

## CERTIFICATE OF SERVICE

  I hereby certify that on February 2, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Joseph M. Williams, Attorney for Plaintiff.

<u>Derek S. Wilczynski</u>
Attorney for Defendant
Blanco Wilczynski, PLLC
2095 East Big Beaver Road
Suite 400
Troy, MI 48083