# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3880 | **DATE** | 5/6/2010 |
| **CASE TITLE** | INT'L GOLDEN FOODS, INC. vs. BELOASIS IMPORTS & EXPORTS | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff does not appear or file an amended complaint. Defendant's oral motion to dismiss for want of prosecution with prejudice is granted for the reasons stated in open court.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | JHC |
|---|---|---|